**UNITED STATES DISTRICT COURT OF CONNECTICUT**

-----------------------------------------------------------X

**UNITED STATES OF AMERICA**

   **-v-**                                                                                                                                **Crim. No. 3:21-cr-00071-MPS**

**MALEKE SOCKWELL,**

        **Defendant.**                                                                   **SEPTEMBER 28, 2021**

-----------------------------------------------------------X

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The Defendant, MALEKE SOCKWELL, respectfully moves that the sentencing date in this matter (currently scheduled for September 30, 2021 at 11:00a.m.) be continued for a short period of time of about a week or two weeks or a date within that timeframe suitable for the court. On September 30 at 11:00 a.m., the undersigned is scheduled to be in state court handling a hearing in probable cause infront of the honorable judge Schuman for a murder case in docket no. UWY -CR21-0493561-T.  Despite that obligation, undersigned counsel could still be present for the in-person hearing currently scheduled in this matter but it would be at a major inconvenience to him and the state court.  Undersigned counsel has also been speaking to AUSA Pierpont regularly with respect to reaching a plea agreement in this matter and a continuance would also be beneficial for us to continue our discussions.

AUSA John Pierpont consents to the granting of this motion.

RESPECTFULLY SUBMITTED
THE DEFENDANT, MALEKE SOCKWELL
By_____29823_____
Daniel Thibodeau
40 Middlebury Road
Middlebury, CT 06762
Fed # 29823
TEL. (203)573-1411
FAX. (203)757-9313
EMAIL. DThibodeau@mtelawfirm.com

## CERTIFICATION

I, Daniel Thibodeau, hereby certify that on September 28, 2021 a copy of the foregoing Defendant, MALEKE SOCKWELL, Motion To Continue Sentencing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____29823\_\_\_\_\_  
Daniel Thibodeau  
40 Middlebury Road  
Middlebury, CT 06762  
Fed # 29823  
TEL. (203)573-1411  
FAX. (203)757-9313  
EMAIL. DThibodeau@mtelawfirm.com